# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>GLEASON, Correctional Officer, et al.,<br><br>    Defendants. | Civil Action No. 19-cv-11238-DLC<br><br>**ORDER** |

**CABELL, Magistrate Judge**

On June 3, 2019, Carlos Parks, an inmate now confined to FMC Devens, filed a civil rights complaint naming as defendants a correctional officer, a federal inmate and the Federal Bureau of Prisons. With his complaint, Parks filed an Application to Proceed in District Court Without Prepaying Fees accompanied by a copy of his prison account statement. On June 11, 2019, he filed a motion to appoint counsel. On June 17, 2019, he filed an amended complaint.[1] This action was assigned pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges. Accordingly:

1. The motion for leave to proceed *in forma pauperis* is GRANTED. Pursuant to 28 U.S.C. §1915(b)(1), the Court assesses an initial partial filing fee of $9.30. The remainder of the fee, $340.70, shall be collected in accordance with 28 U.S.C. §1915(b)(2).

2. The motion to appoint counsel is denied without prejudice.

3. The Clerk shall provide the plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package"). The parties

---

[1] When the amended complaint was received for filing in the Clerk's Office, a new civil action was erroneously opened. *See Parks v. Gleason, et al*, No. 19-11351-DLC.

shall indicate their consent or refusal to the jurisdiction of the Magistrate Judge by completing and separately filing the form entitled "Notice to Parties in Pro Se Prisoner Litigation Cases." The form must be filed on paper within thirty days after the date of service on the last party.

4.  The Clerk shall issue a summons for service of the amended complaint on defendants and the plaintiff shall serve the summons, amended complaint, consent package, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure.

5.  Because the plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, amended complaint, the consent package, and this Order upon the defendants as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

6.  The plaintiff shall have 90 days from the date of the issuance of the summons to complete service.

So ordered.

    /s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: July 10, 2019